# EXHIBIT A

2/3/2019                                    Mail - David_Patton@fd.org

# Re: MDC Brooklyn Legal Visiting for 1/28/19

## Adam Johnson <a10johnson@bop.gov>

Mon 1/28/2019 3:09 PM

To:Nicole McFarland <nmcfarland@bop.gov>; kirshner@clayro.com <kirshner@clayro.com>; David Patton <David_Patton@fd.org>; Deirdre Vondornum <Deirdre_Vondornum@fd.org>; Jennifer Brown <Jennifer_Brown@fd.org>; Michelle Gelernt <Michelle_Gelernt@fd.org>; Peggy Cross-Goldenberg <Peggy_Cross-Goldenberg@fd.org>; a.robin@londonrobin.com <a.robin@londonrobin.com>; tracy_miller@nysd.uscourts.gov <tracy_miller@nysd.uscourts.gov>; dawn_doino@nysp.uscourts.gov <dawn_doino@nysp.uscourts.gov>; rriopelle@sercarzandriopelle.com <rriopelle@sercarzandriopelle.com>; bc@sternheimlaw.com <bc@sternheimlaw.com>; dbanders@wlrk.com <dbanders@wlrk.com>;

Cc:Stephanie Scannell <sscannell@bop.gov>; snecheles@hnrlawoffices.com <snecheles@hnrlawoffices.com>; richrosenberg@msn.com <richrosenberg@msn.com>; justin.danilewitz@saul.com <justin.danilewitz@saul.com>;

Deirdre,

I have forwarded your additional concerns and information to MDC to follow up with administrators there to look into and address.

Thank you,
Adam

>>> Deirdre Vondornum <Deirdre_Vondornum@fd.org> 1/28/2019 3:00 PM >>>
Why is legal visiting canceled? and why in both buildings? And why is the women's access to commissary, corrlinks and social phone calls canceled for the week?

When you say inmates are currently out of their cells, we understand that is only from 2:30-3:30! Here is another report we just got:

We have been locked in our cells since yesterday afternoon with no heat or light.  We were just let out for one hour at 2:30.  There is no hot water in the showers and we have only received cold food.

Get Outlook for iOS

---

**From:** Adam Johnson <a10johnson@bop.gov>
**Sent:** Monday, January 28, 2019 2:36 PM
**To:** Nicole McFarland; kirshner@clayro.com; David Patton; Deirdre Vondornum; Jennifer Brown; Michelle Gelernt; Peggy Cross-Goldenberg; a.robin@londonrobin.com; tracy_miller@nysd.uscourts.gov; dawn_doino@nysp.uscourts.gov; rriopelle@sercarzandriopelle.com; bc@sternheimlaw.com; dbanders@wlrk.com
**Cc:** Stephanie Scannell; snecheles@hnrlawoffices.com; richrosenberg@msn.com; justin.danilewitz@saul.com
**Subject:** Re: MDC Brooklyn Legal Visiting for 1/28/19

David,

I do not have a lot of details at this time, but I have been informed that the heat is operational and that the inmates are currently out of their cells in the units.  As for visiting, it appears it may be suspended again tomorrow, but Nicole will let you know first thing in the morning as to whether that changes.

Thank you,
Adam

Mail - David_Patton@fd.org

> > > David Patton <David_Patton@fd.org> 1/28/2019 2:04 PM > > >
Adam and Nicole — We need an update on what's happening.  Below is a report from one of our clients.


My client said the lights went out at the MDC around 1pm yesterday. All the inmates were locked in after it happened and were still locked in this morning. There are no lights inside the cells, and they only get a bit of light coming in from the halls. He said there was no heat on the floor and they were not given any additional blankets or anything in response to the lower temperatures.

---

**From:** Nicole McFarland <nmcfarland@bop.gov>
**Sent:** Sunday, January 27, 2019 5:34 PM
**To:** Adam Johnson; kirshner@clayro.com; David Patton; Deirdre Vondornum; Jennifer Brown; Michelle Gelernt; Peggy Cross-Goldenberg; a.robin@londonrobin.com; tracy_miller@nysd.uscourts.gov; dawn_doino@nysp.uscourts.gov; rriopelle@sercarzandriopelle.com; bc@sternheimlaw.com; dbanders@wlrk.com
**Cc:** Stephanie Scannell; snecheles@hnrlawoffices.com; richrosenberg@msn.com; justin.danilewitz@saul.com
**Subject:** Re: MDC Brooklyn Legal Visiting for 1/28/19

There will be no visits on Monday January 28 at MDC Brooklyn




Sent from my Verizon, Samsung Galaxy smartphone

# EXHIBIT B

| | |
|---|---|
| **From:** | Adam Johnson |
| **To:** | David Patton; Sean Hecker; Jeffrey Oestericher |
| **Cc:** | Nicole McFarland; Deirdre Vondornum; DerekWikstrom; Matthew Craig; Gail Matthews; Seth Eichenholtz; Susan Riley |
| **Subject:** | Re: MDC Brooklyn Legal Visiting for 1/29/19 |
| **Date:** | Tuesday, January 29, 2019 3:57:53 PM |

David,

We appreciate and understand your concerns.  To my knowledge, no inmates or staff were injured during the incident, which occurred in an area in which I understand no inmates were present.  I have also been informed that the power outage did not impact the heating in the institutions.  We will update you once we have more information.

Thank you,
Adam

>>> David Patton <David_Patton@fd.org> 1/29/2019 3:30 PM >>>
Adam,

You've told us that visiting has been cancelled, but not why or what conditions are like for our clients. We have learned from our clients that there was some sort of fire and power outage on Sunday and that lighting and heat have been impacted. We don't know the extent of the damage or whether any of our clients are injured or have not received adequate medical care as a result of whatever incident occurred. And we are not able to reach out to our clients because we can't visit them. We are concerned about them, and their families are concerned about them. Much more information about what's going on would be greatly appreciated.

David

---

**From:** Adam Johnson <a10johnson@bop.gov>
**Sent:** Tuesday, January 29, 2019 2:46 PM
**To:** Sean Hecker; Jeffrey Oestericher
**Cc:** Nicole McFarland; Deirdre Vondornum; DerekWikstrom; Matthew Craig; Gail (USANYE) Matthews; Seth (USANYE) Eichenholtz; Susan Riley
**Subject:** RE: MDC Brooklyn Legal Visiting for 1/29/19

Thank you for your correspondence.  We have notified the Federal Defenders directly regarding their inquiries pertaining to the current institutional emergency situation at MDC Brooklyn, which resulted in temporary suspension of legal visitation, and which was not related to the shutdown.   We will provide them notice as soon as possible as to the status of legal visiting for tomorrow.

>>> Sean Hecker <shecker@kaplanhecker.com> 1/29/2019 11:05 AM >>>
Re-sending to corrected email for Jeff.

**Sean Hecker | Kaplan Hecker & Fink LLP**
Partner
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 212.763.0889 | (M) 917.892.7920
shecker@kaplanhecker.com

**From:** Sean Hecker
**Sent:** Tuesday, January 29, 2019 11:05 AM

**To:** 'a10johnson@bop.gov' <a10johnson@bop.gov>; 'jeffrey.oestreicher@usdoj.gov'
<jeffrey.oestreicher@usdoj.gov>
**Cc:** David Patton <David_Patton@fd.org>; Deirdre VonDornum <Deirdre_VonDornum@fd.org>;
Matthew Craig <mcraig@kaplanhecker.com>; Derek Wikstrom <dwikstrom@kaplanhecker.com>
**Subject:** FW: MDC Brooklyn Legal Visiting for 1/29/19

Dear Adam and Jeff:

How does the experience the last two days square with your letter sent late Friday? You indicated
operations were back to normal at both MDC and MCC but Federal Defender client visits have been
materially compromised each of the last two days. Can you explain it to us?

Thanks,
Sean

**Sean Hecker | Kaplan Hecker & Fink LLP**
Partner
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 212.763.0889 | (M) 917.892.7920
shecker@kaplanhecker.com

**From:** Blast <blast-bounces@listserv.nycdl.org> **On Behalf Of** Susan Necheles
**Sent:** Tuesday, January 29, 2019 11:02 AM
**To:** blast@nycdl.org
**Subject:** Fwd: MDC Brooklyn Legal Visiting for 1/29/19

Legal visiting is suspended again at the MDC.

Susan R. Necheles

Sent from my iPhone

Begin forwarded message:

> **From:** Adam Johnson <a10johnson@bop.gov>
> **Date:** January 29, 2019 at 10:32:38 AM EST
> **To:** Isabelle A Kirshner <Kirshner@clayro.com>, <David_Patton@fd.org>, Deirdre
> Vondornum <Deirdre_Vondornum@fd.org>, <Jennifer_Brown@fd.org>, Michelle
> Gelernt <Michelle_Gelernt@fd.org>, Peggy Cross-Goldenberg <Peggy_Cross-
> Goldenberg@fd.org>, <a.robin@londonrobin.com>, Tracy Miller
> <Tracy_Miller@nysd.uscourts.gov>, <Dawn_Doino@nysp.uscourts.gov>,
> <RRiopelle@sercarzandriopelle.com>, <bc@sternheimlaw.com>, "David B. Anders"
> <DBAnders@wlrk.com>
> **Cc:** Nicole McFarland <nmcfarland@bop.gov>, Stephanie Scannell <sscannell@bop.gov>,
> <snecheles@hnrlawoffices.com>, Richard Rosenberg <RichRosenberg@msn.com>,
> "Justin C. Danilewitz" <Justin.Danilewitz@saul.com>

**Subject: Re: MDC Brooklyn Legal Visiting for 1/29/19**

Good morning all,

Please be advised that MDC Brooklyn legal visiting remains suspended today, Tuesday, January 29, 2019.  We are hoping for an update by 1:00 pm and will advise you accordingly.

Thank you,
Adam

Adam M. Johnson
Supervisory Staff Attorney
CLC New York
Metropolitan Correctional Center
150 Park Row
New York, New York   10007
p: (646)836-6455
f: (646)836-7665

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

# EXHIBIT C

2/3/2019                                              Mail - David_Patton@fd.org

# RE: MDC Brooklyn Legal Visiting for 1/29/19

## Deirdre Vondornum

Tue 1/29/2019 5:02 PM

To:Adam Johnson <a10johnson@bop.gov>; David Patton <David_Patton@fd.org>; Sean Hecker <shecker@kaplanhecker.com>; Jeffrey Oestericher <Jeffrey.Oestericher@usdoj.gov>;

Cc:Nicole McFarland <nmcfarland@bop.gov>; DerekWikstrom <dwikstrom@kaplanhecker.com>; Matthew Craig <mcraig@kaplanhecker.com>; Gail Matthews <Gail.Matthews@usdoj.gov>; Seth Eichenholtz <Seth.Eichenholtz@usdoj.gov>; Susan Riley <Susan.Riley@usdoj.gov>;

Adam,

I don't have information about anyone being physically injured in the fire, but we have received numerous complaints over the last two days from men on various housing units at the MDC about the lights being out, a lack of heat, a lack of hot water, noxious fumes, and a potentially long-term denial of access to social calls and corrlinks. Here are a few of the calls we have received:

Client called again and reported that they've been smelling noxious fumes (apparently from the fire or whatever it was with their generator/ power source) and seeing that the CO's have been wearing gas masks, and that one of them described the conditions as "inhumane."
Also, on the first day of the power outage they were locked in the dark for some 24 hours with no light except from battery-operated lamp(s) that an inmate(s) had from the commissary. There's been no laundry, no commissary, and minimal hot water. He's also heard reports that this could go on for another 20 – 30 days.

On the phone with a client in the west building. He was told by a case manager that they were going to be without phone, email and tv for "weeks." Every unit was locked down for much of the day yesterday and today; they're only just being let out for a few hours, probably until count at 5pm, and then will go back in. He sounded super frustrated.

Client called and says lights are out, minimal heat, and no email or phone calls to family.


We also remain totally unclear on why visiting/email/social calls/commissary are cancelled for women in the other building.

Thanks,
Deirdre


**From:** Adam Johnson [mailto:a10johnson@bop.gov]
**Sent:** Tuesday, January 29, 2019 3:58 PM
**To:** David Patton <David_Patton@fd.org>; Sean Hecker <shecker@kaplanhecker.com>; Jeffrey Oestericher <Jeffrey.Oestericher@usdoj.gov>
**Cc:** Nicole McFarland <nmcfarland@bop.gov>; Deirdre Vondornum <Deirdre_Vondornum@fd.org>; DerekWikstrom <dwikstrom@kaplanhecker.com>; Matthew Craig <mcraig@kaplanhecker.com>; Gail Matthews <Gail.Matthews@usdoj.gov>; Seth Eichenholtz <Seth.Eichenholtz@usdoj.gov>; Susan Riley <Susan.Riley@usdoj.gov>
**Subject:** Re: MDC Brooklyn Legal Visiting for 1/29/19

David,

We appreciate and understand your concerns.  To my knowledge, no inmates or staff were injured during the incident, which occurred in an area in which I understand no inmates were present.  I have also been informed that the power outage did not impact the heating in the institutions.  We will update you once we have more information.

Thank you,
Adam

>>> David Patton <David_Patton@fd.org> 1/29/2019 3:30 PM >>>
Adam,

You've told us that visiting has been cancelled, but not why or what conditions are like for our clients. We have learned from our clients that there was some sort of fire and power outage on Sunday and that lighting and heat have been impacted. We don't know the extent of the damage or whether any of our clients are injured or have not received adequate medical care as a result of whatever incident occurred. And we are not able to reach out to our clients because we can't visit them. We are concerned about them, and their families are concerned about them. Much more information about what's going on would be greatly appreciated.

David

---

**From:** Adam Johnson <a10johnson@bop.gov>
**Sent:** Tuesday, January 29, 2019 2:46 PM
**To:** Sean Hecker; Jeffrey Oestericher
**Cc:** Nicole McFarland; David Patton; Deirdre Vondornum; DerekWikstrom; Matthew Craig; Gail (USANYE) Matthews; Seth (USANYE) Eichenholtz; Susan Riley
**Subject:** RE: MDC Brooklyn Legal Visiting for 1/29/19

Thank you for your correspondence.  We have notified the Federal Defenders directly regarding their inquiries pertaining to the current institutional emergency situation at MDC Brooklyn, which resulted in temporary suspension of legal visitation, and which was not related to the shutdown.   We will provide them notice as soon as possible as to the status of legal visiting for tomorrow.

>>> Sean Hecker <shecker@kaplanhecker.com> 1/29/2019 11:05 AM >>>
Re-sending to corrected email for Jeff.

**Sean Hecker | Kaplan Hecker & Fink LLP**
Partner
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 212.763.0889  | (M) 917.892.7920
shecker@kaplanhecker.com

**From:** Sean Hecker
**Sent:** Tuesday, January 29, 2019 11:05 AM
**To:** 'a10johnson@bop.gov' <a10johnson@bop.gov>; 'jeffrey.oestreicher@usdoj.gov' <jeffrey.oestreicher@usdoj.gov>

2/3/2019                                    Mail - David_Patton@fd.org

Cc: David Patton <David_Patton@fd.org>; Deirdre VonDornum <Deirdre_VonDornum@fd.org>; Matthew Craig
<mcraig@kaplanhecker.com>; Derek Wikstrom <dwikstrom@kaplanhecker.com>
Subject: FW: MDC Brooklyn Legal Visiting for 1/29/19

Dear Adam and Jeff:

How does the experience the last two days square with your letter sent late Friday?  You indicated operations were
back to normal at both MDC and MCC but Federal Defender client visits have been materially compromised each of
the last two days.  Can you explain it to us?

Thanks,
Sean

**Sean Hecker | Kaplan Hecker & Fink LLP**
Partner
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 212.763.0889 |(M) 917.892.7920
shecker@kaplanhecker.com

**From:** Blast <blast-bounces@listserv.nycdl.org> **On Behalf Of** Susan Necheles
**Sent:** Tuesday, January 29, 2019 11:02 AM
**To:** blast@nycdl.org
**Subject:** Fwd: MDC Brooklyn Legal Visiting for 1/29/19

Legal visiting is suspended again at the MDC.

Susan R. Necheles

Sent from my iPhone

Begin forwarded message:

> **From:** Adam Johnson <a10johnson@bop.gov>
> **Date:** January 29, 2019 at 10:32:38 AM EST
> **To:** Isabelle A Kirshner <Kirshner@clayro.com>, <David_Patton@fd.org>, Deirdre Vondornum
> <Deirdre_Vondornum@fd.org>, <Jennifer_Brown@fd.org>, Michelle Gelernt
> <Michelle_Gelernt@fd.org>, Peggy Cross-Goldenberg <Peggy_Cross-Goldenberg@fd.org>,
> <a.robin@londonrobin.com>, Tracy Miller <Tracy_Miller@nysd.uscourts.gov>,
> <Dawn_Doino@nysp.uscourts.gov>, <RRiopelle@sercarzandriopelle.com>, <bc@sternheimlaw.com>,
> "David B. Anders" <DBAnders@wlrk.com>
> **Cc:** Nicole McFarland <nmcfarland@bop.gov>, Stephanie Scannell <sscannell@bop.gov>,
> <snecheles@hnrlawoffices.com>, Richard Rosenberg <RichRosenberg@msn.com>, "Justin C. Danilewitz"
> <Justin.Danilewitz@saul.com>
> **Subject: Re: MDC Brooklyn Legal Visiting for 1/29/19**

Good morning all,

Please be advised that MDC Brooklyn legal visiting remains suspended today, Tuesday, January 29, 2019. We are hoping for an update by 1:00 pm and will advise you accordingly.

Thank you,
Adam

Adam M. Johnson
Supervisory Staff Attorney
CLC New York
Metropolitan Correctional Center
150 Park Row
New York, New York  10007
p: (646)836-6455
f: (646)836-7665

---

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

# EXHIBIT D

**From:** Nicole McFarland
**To:** Leticia Olivera
**Cc:** Deirdre Vondornum
**Subject:** Re: Legal Visits Today
**Date:** Wednesday, January 30, 2019 7:42:31 AM

No legal visiting today, I was just about to send a message.  East side is open for female legal visits.

Nicole

>>> Leticia Olivera <Leticia_Olivera@fd.org> 1/30/2019 7:23 AM >>>
Nicole,

Will the MDC be open for legal visits today?

Thanks,

Leticia

# EXHIBIT E

**From:** Nicole McFarland
[mailto:nmcfarland@bop.gov]
**Sent:** Wednesday, January 30, 2019 12:26 PM
**To:** Adam Johnson <a10johnson@bop.gov>;
Peggy Cross-Goldenberg <Peggy_Cross-Goldenberg@fd.org>
**Cc:** Deirdre Vondornum
<Deirdre_Vondornum@fd.org>; Jennifer Brown
<Jennifer_Brown@fd.org>
**Subject:** Re: MDC visiting tomorrow?

Good afternoon.

While I cannot give an exact date for the reopening of the west visiting room, and it will reopen as soon as it is usable, if visitation is not returned to normal by next week, a temporary procedure will be implemented to allow for legal visits to take place in the east visiting room. The east visiting room has not been impacted and remains operational.

So to specifically answer your question about tomorrow, there will be no legal visits on the west side tomorrrow. If there is any change before next week, I will let everyone know as expeditiously as possible.

Nicole

# EXHIBIT F

| From: | Michelle Gelernt |
|---|---|
| To: | Nicole McFarland; Adam Johnson; sscannell@bop.gov; axcruz@bop.gov |
| Cc: | Deirdre Vondornum; David Patton |
| Subject: | RE: Legal visiting - Request for update |
| Date: | Friday, February 01, 2019 9:39:19 AM |

Can someone please respond to my email from earlier this morning? We have not received any updates regarding legal visiting since Wednesday. We need to know whether legal visiting has resumed and, if not, when it is expected to resume.

Thank you.


**Michelle Gelernt** | Deputy Attorney-in-Charge
Federal Defenders of NY, Inc.
One Pierrepont Plaza,16th Floor | Brooklyn, NY 11201
tel: (718) 330-1204 | cell: (917) 587-6259 | fax: (718) 855-0760
michelle_gelernt@fd.org


**From:** Michelle Gelernt [mailto:michelle_gelernt@fd.org]
**Sent:** Friday, February 01, 2019 7:38 AM
**To:** Nicole McFarland <nmcfarland@bop.gov>; Adam Johnson <a10johnson@bop.gov>
**Cc:** Deirdre Vondornum <Deirdre_Vondornum@fd.org>; David Patton <David_Patton@fd.org>
**Subject:** Legal visiting

Good Morning Adam and Nicole,

We did not receive an update about legal visiting yesterday. Please advise whether legal visiting is suspended today and when and if it will resume.

Thank you,

Michelle

Get Outlook for iOS

# EXHIBIT G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
       In Re the Matter of
Conditions at the Metropolitan Detention
Center, West Building, Brooklyn, New York
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**ADMINISTRATIVE ORDER
2019-03**

      In order to obtain current and comprehensive information on the conditions at the

Metropolitan Detention Center, West Wing ("MDC") located in Brooklyn, New York following

the fire that occurred there on January 27, 2019 and reported recurring power outages, it is hereby

      ORDERED that a representative of the Federal Defenders of New York and the U.S.

Attorney's Office, Eastern District of New York be permitted to inspect each housing unit in the

West Building and speak directly to inmates. This visit shall occur today, February 1, 2019.


**SO ORDERED**

Brooklyn, New York
Dated: February 1, 2019

                           /s/
                     DORA L. IRIZARRY
             Chief United States District Judge



# EXHIBIT H

| | |
|---|---|
| **From:** | Nicole McFarland |
| **To:** | Adam Johnson; kirshner@clayro.com; David Patton; Deirdre Vondornum; Jennifer Brown; Michelle Gelernt; Peggy Cross-Goldenberg; a.robin@londonrobin.com; tracy_miller@nysd.uscourts.gov; dawn_doino@nysp.uscourts.gov; rriopelle@sercarzandriopelle.com; bc@sternheimlaw.com; dbanders@wlrk.com |
| **Cc:** | Stephanie Scannell; snecheles@hnrlawoffices.com; richrosenberg@msn.com; justin.danilewitz@saul.com |
| **Subject:** | Re: MDC Brooklyn legal visiting |
| **Date:** | Sunday, February 03, 2019 8:32:50 AM |

They are being processed in

Nicole

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------
From: David Patton <David_Patton@fd.org>
Date: 2/3/19 8:11 AM (GMT-05:00)
To: Nicole McFarland <nmcfarland@bop.gov>, Adam Johnson <a10johnson@bop.gov>,
kirshner@clayro.com, Deirdre Vondornum <Deirdre_Vondornum@fd.org>, Jennifer Brown
<Jennifer_Brown@fd.org>, MichelleGelernt <Michelle_Gelernt@fd.org>, Peggy Cross-
Goldenberg <Peggy_Cross-Goldenberg@fd.org>, a.robin@londonrobin.com,
tracy_miller@nysd.uscourts.gov, dawn_doino@nysp.uscourts.gov,
rriopelle@sercarzandriopelle.com, bc@sternheimlaw.com, dbanders@wlrk.com
Cc: Stephanie Scannell <sscannell@bop.gov>, snecheles@hnrlawoffices.com,
richrosenberg@msn.com, justin.danilewitz@saul.com
Subject: Re: MDC Brooklyn legal visiting

>>> "David Patton" 02/03/2019 08:11 >>>
Attorneys are present at the MDC now and the front desk knows nothing about visitation.
Attorneys are not being let in.

**From:** Nicole McFarland <nmcfarland@bop.gov>
**Sent:** Saturday, February 2, 2019 4:21 PM
**To:** Adam Johnson; kirshner@clayro.com; David Patton; Deirdre Vondornum; Jennifer Brown; Michelle
Gelernt; Peggy Cross-Goldenberg; a.robin@londonrobin.com; tracy_miller@nysd.uscourts.gov;
dawn_doino@nysp.uscourts.gov; rriopelle@sercarzandriopelle.com; bc@sternheimlaw.com;

dbanders@wlrk.com

**Cc:** Stephanie Scannell; snecheles@hnrlawoffices.com; richrosenberg@msn.com;

justin.danilewitz@saul.com

**Subject:** Re: MDC Brooklyn legal visiting


West visiting room. Just legal visiting at this time.


Nicole



Sent from my Verizon, Samsung Galaxy smartphone



-------- Original message --------

From: David Patton <David_Patton@fd.org>

Date: 2/2/19 4:04 PM (GMT-05:00)

To: Nicole McFarland <nmcfarland@bop.gov>, Adam Johnson <a10johnson@bop.gov>,
Kirshner@clayro.com, Deirdre Vondornum <Deirdre_Vondornum@fd.org>, Jennifer Brown
<Jennifer_Brown@fd.org>, MichelleGelernt <Michelle_Gelernt@fd.org>, Peggy Cross-
Goldenberg <Peggy_Cross-Goldenberg@fd.org>, a.robin@londonrobin.com,
Tracy_Miller@nysd.uscourts.gov, Dawn_Doino@nysp.uscourts.gov,
RRiopelle@sercarzandriopelle.com, bc@sternheimlaw.com, DBAnders@wlrk.com

Cc: Stephanie Scannell <sscannell@bop.gov>, snecheles@hnrlawoffices.com,
RichRosenberg@msn.com, Justin.Danilewitz@saul.com

Subject: Re: MDC Brooklyn legal visiting



>>> "David Patton" 02/02/2019 16:04 >>>

Nicole,



Will the visits take place in the normal visiting room? Do you expect to have power and lighting
for that space? And will social visits resume as well?



David

**From:** Nicole McFarland <nmcfarland@bop.gov>

**Sent:** Saturday, February 2, 2019 3:43:54 PM

**To:** Adam Johnson; Kirshner@clayro.com; David Patton; Deirdre Vondornum; Jennifer Brown; Michelle Gelernt; Peggy Cross-Goldenberg; a.robin@londonrobin.com; Tracy_Miller@nysd.uscourts.gov; Dawn_Doino@nysp.uscourts.gov; RRiopelle@sercarzandriopelle.com; bc@sternheimlaw.com; DBAnders@wlrk.com

**Cc:** Stephanie Scannell; snecheles@hnrlawoffices.com; RichRosenberg@msn.com; Justin.Danilewitz@saul.com

**Subject:** MDC Brooklyn legal visiting

Brooklyn will resume legal visiting tomorrow Sunday February 3.

Any questions let me know.

Nicole

Sent from my Verizon, Samsung Galaxy smartphone

-------- Original message --------

From: Adam Johnson <a10johnson@bop.gov>

Date: 1/24/19 7:35 AM (GMT-05:00)

To: Isabelle A Kirshner <Kirshner@clayro.com>, David Patton <David_Patton@fd.org>, Deirdre Vondornum <Deirdre_Vondornum@fd.org>, Jennifer Brown <Jennifer_Brown@fd.org>, Michelle Gelernt <Michelle_Gelernt@fd.org>, Peggy Cross-Goldenberg <Peggy_Cross-Goldenberg@fd.org>, Avrom Robin <a.robin@londonrobin.com>, Tracy Miller <Tracy_Miller@nysd.uscourts.gov>, Dawn_Doino@nysp.uscourts.gov, Roland Riopelle <RRiopelle@sercarzandriopelle.com>, bc@sternheimlaw.com, "David B. Anders" <DBAnders@wlrk.com>

Cc: Nicole McFarland <nmcfarland@bop.gov>, Stephanie Scannell <sscannell@bop.gov>, Susan Necheles <snecheles@hnrlawoffices.com>, Richard Rosenberg <RichRosenberg@msn.com>, "Justin C. Danilewitz" <Justin.Danilewitz@saul.com>

Subject: Re: MCC New York Legal Visiting for 1/24/19

Good morning all,

MCC New York legal visiting is operating normally today, Thursday, January 24, 2019.  I will update you if there is any change.

Thank you,
Adam

Adam M. Johnson

Supervisory Staff Attorney

CLC New York

Metropolitan Correctional Center

150 Park Row

New York, New York   10007

p: (646)836-6455

f: (646)836-7665