United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

___19___ CV _1075 (MKB-LB)_____

indicated that this case is related to the following case(s):

____19-cv-660 (MKB)____

Case 1:19-cv-00660-MKB-SMG   Document 27   Filed 02/22/19   Page 2 of 2 PageID #: 510