# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL 212.763.0889
DIRECT EMAIL shecker@kaplanhecker.com

March 24, 2020

**BY ECF**

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

     Re:    *Federal Defenders of New York v. Federal Bureau of Prisons,* No. 19 Civ. 660 (E.D.N.Y.)

Dear Judge Brodie:

    We write on behalf of Plaintiff Federal Defenders of New York, Inc. in the above-referenced action. We have no objection to the Court's proposed order, which matches what the parties and the Court already discussed at today's conference and appropriately responds to the exigencies of the situation that mediation is intended to address.

    We reserve all rights to respond to any objections that Defendants might make in their own response to the Court's proposed order.

          Respectfully submitted,

          Sean Hecker

cc:    Counsel of Record (by ECF)