**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3118

WRITER'S DIRECT FACSIMILE
(212) 492-0118

WRITER'S DIRECT E-MAIL ADDRESS
lelynch@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
DAVID J. BALL
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
MITCHELL L. BERG
MARK S. BERGMAN
DAVID M. BERNICK
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
ROBERT BRITTON
DAVID W. BROWN
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
RACHAEL G. COFFEY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
ARIEL J. DECKELBAUM
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
ANDREW J. FORMAN*
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
MICHELE HIRSHMAN
ROBERT E. HOLO
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
MEREDITH J. KANE
JONATHAN S. KANTER
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY

BRIAN KIM
KYLE J. KIMPLER
ALEXIA D. KORBERG
ALAN W. KORNBERG
DANIEL J. KRAMER
CAITH KUSHNER
DAVID K. LAKHDHIR
JOHN E. LANGE
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
LINDSAY B. PARKS
VALERIE E. RADWANER
JEFFREY J. RECHER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
DAVID R. SICULAR
AUDRA J. SOLOWAY
SCOTT M. SONTAG
SARAH STASNY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

May 7, 2020

**VIA ECF**
Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Federal Defenders of New York, Inc.* v. *Federal Bureau of Prisons, et al.*, No. 19-cv-00660 (E.D.N.Y.)

Dear Judge Brodie:

      I write to update the Court on the parties' ongoing efforts to address several of the important issues raised in this litigation through mediation.

**I.     Background**

      Since our May 1, 2020 Telephone Status Conference with the Court, I have spoken with counsel for Federal Defenders, Inc., along with their client representatives and have had a similar separate conversation with counsel for the

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

government and representatives of the Metropolitan Detention Center ("MDC") and Metropolitan Correctional Center ("MCC").[1]

This week, my conversations with the Federal Defenders and the Government have focused on the following topics:

1. The execution of the new protocol for scheduling and placing attorney-client phone calls at the MDC and the MCC.

2. Privacy concerns relating to legal telephone calls at both facilities.

3. Protocols for ensuring inmates receive telephone calls if and when they are placed on isolation units due to coronavirus exposure.

4. Efforts to improve access to videoconferencing equipment at both institutions.

5. Steps BOP could take to reinitiate in-person legal visits in the future.

6. The backlog of unfacilitated legal calls at both institutions for the period between March 13, 2020 and April 20, 2020.

Once again, my discussions with the parties have been productive. Each side understands the important issues at stake in this litigation and are working in good faith and under difficult circumstances to address these issues.

**II.    Telephonic Contact**

This was the third week in which the parties scheduled and facilitated legal phone calls under the Court Protocol for Attorney Calls and Teleconference Hearings. Pursuant to the Protocol, attorney client calls were scheduled by Federal Defenders for afternoon slots of one-half hour each from 12pm to 3pm at the MDC and 1 to 3:30 pm at the MCC.

A.    MCC

For the second week in a row, based on the institution's call logs and Federal Defender data, telephonic contact at the MCC went well this week. According to the institution's log, legal calls scheduled Monday through Wednesday of this week have all been completed.

---

[1] With Federal Defenders, Inc.: May 6, 2020; with MCC and MDC: May 7, 2020.

B.    MDC

According to the information I have from MDC and Federal Defenders, there were 139 call requests since the last May 1, 2020 Status Conference. 121 of those have been completed, fifteen were attempted, and three were cancelled or rescheduled at the attorney's request. In addition, the MDC continues to work to schedule additional backlog calls with that backlog substantially complete.

The majority of the calls were completed without issue. Scheduling continues to be a challenge, particularly when more calls are requested than can be accommodated within the afternoon schedule. Indeed, two days this week saw a list of requests that well exceeded the afternoon schedule. Both parties have agreed that utilizing the morning hours can provide a solution to this issue. I am working with the parties to finalize a plan whereby Federal Defenders can identify calls that need not be thirty minutes long and that have the flexibility to be scheduled in the morning hours, subject of course to the constraints imposed by the court schedule.

Privacy continues to be a concern for certain MDC calls, particularly in the Special Housing Unit ("SHU"). In one instance last week an inmate took his legal call in a private room, but with another inmate in the room awaiting a later call. In an instance earlier this week, an inmate in SHU was provided a legal call in his cell with his roommate present. I have discussed this issue with the MDC with a view towards investigation and accountability. The MDC has committed to looking into all instances where an inmate is not afforded privacy for a legal call and taking appropriate action. In addition to in person training, the MDC has provided written guidance from the Warden regarding, *inter alia*, the importance of affording inmates privacy for legal calls. This guidance will also be posted in the SHU.

Last week the parties discussed a legal call provided from an office where the door was left open to provide visual observation. The MDC has advised that this office will no longer be used and another office, with a windowed door, will be used for calls in that unit.

**III.    Videoconferencing**

A.    MCC

According to MCC's records, there were seven videoconferences scheduled to take place this week. Five were completed as scheduled. One was attempted, but the attorney faced technical difficulties and will reschedule the conference. The other appears to have been attempted, but lasted only four minutes. We are following up with the institution for more information on this call.

B.    MDC

According to MDC's records, there were six videoconferences scheduled to take place this week under the existing system. Four went forward as scheduled. Two were cancelled at the attorneys' requests. One of these will be rescheduled.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

4

The MDC anticipates being able to utilize the new videoconferencing equipment later next week, with a test call held prior to that. Federal Defenders has requested an MDC IT point of contact for counsel who may experience technical issues with the videoconferences. I am aware that this issue has also been discussed with Chief Magistrate Judge Pollak. The MDC has indicated that it can provide an email point of contact for technical issues that will forward an urgent email to both the Computer Services and Legal Departments. While it was also proposed that counsel could call the main switchboard for assistance, I believe the email system will provide for faster assistance.

### IV. Isolation

I continue to review the impact of an inmate's isolation status on their ability to access legal calls. The Court requested a review of an inmate's situation discussed at last week's conference. Counsel noted they were able to have a scheduled call after their client left isolation status, but the inmate had not had a call during his isolation status. A review of the inmate's call logs did not reflect a request for a scheduled legal call while he was still on isolation status. As previous mediation reports have noted, other inmates in isolation were afforded scheduled legal calls. *See* ECF No. 54 at 5.

### V. The Status of In-Person Legal Visits

I have begun discussions with both parties about the issue of in person visits. Both parties have begun to consider the relevant issues. The current BOP guidance curtailing in person visits extends through May 18, 2020. I will continue my discussions and will also speak with the institution's leadership on this issue.

Respectfully,

/s/ Loretta E. Lynch
Loretta E. Lynch

cc: Sean Hecker, Kaplan, Hecker & Fink
Seth D. Eichenholtz, U.S. Attorney's Office (E.D.N.Y.)
Sean Greene, U.S. Attorney's Office (E.D.N.Y.)
Jeffrey Oestericher, U.S. Attorney's Office (S.D.N.Y.)
David Jones, U.S. Attorney's Office (S.D.N.Y.)