**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL     (1946-1956)
SIMON H. RIFKIND     (1950-1995)
LOUIS S. WEISS       (1927-1950)
JOHN F. WHARTON      (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3118

WRITER'S DIRECT FACSIMILE

(212) 492-0118

WRITER'S DIRECT E-MAIL ADDRESS

lelynch@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
DAVID J. BALL
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
MARK S. BERGMAN
DAVID M. BERNICK
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
ROBERT BRITTON
DAVID W. BROWN
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
RACHAEL G. COFFEY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
MEREDITH DEARBORN*†
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
ANDREW J. FORMAN*
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
MICHELE HIRSHMAN
ROBERT E. HOLO
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
MEREDITH J. KANE
JONATHAN S. KANTER
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY

BRIAN KIM
KYLE J. KIMPLER
ALEXIA D. KORBERG
ALAN W. KORNBERG
DANIEL J. KRAMER
CAITH KUSHNER
DAVID K. LAKHDHIR
JOHN E. LANGE
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG K. OH
BRAD R. OKUN
KELLEY D. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
CHARLES J. PESANT
JESSICA E. PHILLIPS*
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
AUDRA J. SOLOWAY
SCOTT M. SONTAG
SARAH STASNY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR
†ADMITTED TO THE CALIFORNIA BAR

August 27, 2020

**VIA ECF**
Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Federal Defenders of New York, Inc.* v. *Federal Bureau of Prisons, et al.*, No. 19-cv-00660 (E.D.N.Y.)

Dear Judge Brodie:

    I write to update the Court on the parties' ongoing efforts to address several of the important issues raised in this litigation through mediation.

**I.  Background**

    I have continued to receive call and videoconference log data from both parties. I have not held any mediation calls this week, but continue to have active discussions with the Federal Defenders, Inc. and their counsel and the government and representatives of the Metropolitan Detention Center ("MDC") and Metropolitan Correctional Center ("MCC").

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

My communications with the Federal Defenders and the government focused on the following topics:

1. The current status of in-person legal visitation at both institutions.

2. The execution of the current protocol for scheduling and placing attorney-client phone calls at the MDC and the MCC.

3. The parameters of the completed site visit at the MDC and upcoming site visit to the MCC.

**II. Telephonic Contact**

The parties continue to schedule and facilitate legal phone calls under the Court Protocol for Attorney Calls and Teleconference Hearings. Pursuant to the Protocol, attorney-client calls were scheduled by Federal Defenders for afternoon slots of one-half hour each from 12pm to 3pm at the MDC and 1 to 3:30 pm at the MCC. As Your Honor is aware, the parties have also made efforts to expand legal call hours beyond the times provided in the Protocol. *See* ECF Nos. 70 & 76.

A. MCC

According to the information I have from MCC, MCC scheduled 88 calls between August 19 and August 26, 2020.[1] 79 calls were completed, seven were attempted but not completed, and two were not completed for unknown reasons. We are working with the institution to obtain more information about these calls. Federal Defenders did not report that there were any calls that have been pending for longer than 48 hours.[2] Additionally, Federal Defenders report some technical issues this week.

B. MDC

According to the information I have from MDC, MDC scheduled 183 calls between August 20 and August 25, 2020.[3] 157 calls were completed, nine were attempted but not completed, four were cancelled or rescheduled, and 13 were not completed for unknown reasons. We are working with the institution to obtain more information about these calls. The Federal Defenders report that 23 requests to schedule

---

[1] The data from the MCC for this week includes some call logs from August 19, 2020 that were not available by the time of filing of last week's Twenty-First Mediation Status Report.

[2] Federal Defenders submitted call and VTC overflow data for the MDC for the period between August 18 and August 25, 2020. Federal Defenders did not submit any overflow data for the MCC.

[3] The MDC did not submit call log information for August 26, 2020. That data will be included in the report next week.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3

calls were pending for more than 48 hours.  Additionally, Federal Defenders report some technical issues this week.

The parties continue to discuss the issue of the overflow calls.

**III.     Videoconferencing**

   A.     MCC

According to MCC records, there were 12 videoconferences scheduled to take place between August 19 and August 26, 2020.  Eight were completed as scheduled and four were not completed for unknown reasons.  We are working with the institution to obtain more information about these VTCs.  Federal Defenders did not report that there were any VTC requests that have been pending for longer than 48 hours.  Additionally, Federal Defenders report some technical issues this week.

   B.     MDC

According to MDC records, there were 48 videoconferences scheduled to take place between August 19 and August 25, 2020.[4]  43 were completed as scheduled, four were attempted but not completed, and one was cancelled.  Federal Defenders report that 11 requests to schedule VTCs were pending for more than 48 hours.  Federal Defenders also report some privacy and technical issues this week.  We will review these reports with the parties.

The parties continue to discuss the issue of the overflow VTCs.

**IV.     Site Visits**

As noted in last week's Report, members of the Mediation, plaintiff's and government teams conducted a site visit to the MDC last week.  Plaintiffs submitted requests and questions based upon that visit last week.  This week the government provided responses to the issues raised.  I will continue discussions with the parties on the issues raised.  We are working to confirm the site visit to the MCC for next week.

Respectfully,

/s/ Loretta E. Lynch
Loretta E. Lynch

cc:     Sean Hecker, Kaplan, Hecker & Fink
        Seth D. Eichenholtz, U.S. Attorney's Office (E.D.N.Y.)

---

[4]  The MDC did not submit videoconference log information for August 26, 2020.  That data will be included in the report next week.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

4

    Sean Greene, U.S. Attorney's Office (E.D.N.Y.)
    Matthew J. Modafferi, U.S. Attorney's Office (E.D.N.Y.)
    Jeffrey Oestericher, U.S. Attorney's Office (S.D.N.Y.)
    David Jones, U.S. Attorney's Office (S.D.N.Y.)