PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON   (1946-1991)
RANDOLPH E. PAUL   (1946-1956)
SIMON H. RIFKIND   (1950-1995)
LOUIS S. WEISS   (1927-1950)
JOHN F. WHARTON   (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

HONG KONG CLUB BUILDING, 12TH FLOOR
3A CHATER ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3118

WRITER'S DIRECT FACSIMILE
(212) 492-0118

WRITER'S DIRECT E-MAIL ADDRESS
lelynch@paulweiss.com

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
DAVID J. BALL
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
MARK S. BERGMAN
DAVID M. BERNICK
JOSEPH J. BIAL
BRUCE BIREMBOIM
H. CHRISTOPHER BOEHNING
ANGELO BONVINO
ROBERT BRITTON
DAVID W. BROWN
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
RACHAEL G. COFFEY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
MEREDITH DEARBORN*
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
ANDREW FISCHMAN
ANDREW J. FOLEY
ANDREW J. FORMAN*
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
ERIC GOODISON
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
MICHELE HIRSHMAN
ROBERT E. HOLO
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
MEREDITH J. KANE
JONATHAN S. KANTER
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY

BRIAN KIM
KYLE J. KIMPLER
ALAN W. KORNBERG
ALAN W. KORNBERG
DANIEL J. KRAMER
CAITH KUSHNER
DAVID K. LAKHDHIR
JOHN E. LANGE
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
ALEX YOUNG H. OH
BRAD R. OKUN
KELLEY D. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
CHARLES J. PESANT
JESSICA E. PHILLIPS*
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE R. RHEE*
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
AUDRA J. SOLOWAY
SCOTT M. SONTAG
SARAH STASNY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
ROBERT C. TARLOWE
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR
*ADMITTED TO THE CALIFORNIA BAR

September 17, 2020

**VIA ECF**

Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Federal Defenders of New York, Inc.* v. *Federal Bureau of Prisons, et al.*, No. 19-cv-00660 (E.D.N.Y.)

Dear Judge Brodie:

      I write to update the Court on the parties' ongoing efforts to address several of the important issues raised in this litigation through mediation.

**I.     Background**

      I have continued to receive call and videoconference log data from both parties.  I continue to have active discussions with the Federal Defenders, Inc. and their

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

counsel and the government and representatives of the Metropolitan Detention Center ("MDC") and Metropolitan Correctional Center ("MCC").[1]

My communications with the Federal Defenders and the government focused on the following topics:

1.    The current status of in-person legal visitation at both institutions.

2.    The execution of the current protocol for scheduling and placing attorney-client phone calls at the MDC and the MCC.

3.    Follow-up discussions on the completed site visits at the MDC and the MCC.

## II.    Telephonic Contact

The parties continue to schedule and facilitate legal phone calls under the Court Protocol for Attorney Calls and Teleconference Hearings.  Pursuant to the Protocol, attorney-client calls were scheduled by Federal Defenders for afternoon slots of one-half hour each from 12pm to 3pm at the MDC and 1 to 3:30 pm at the MCC.  As Your Honor is aware, the parties have also made efforts to expand legal call hours beyond the times provided in the Protocol.  *See* ECF Nos. 70 & 76.

A.    MCC

According to the information I have from MCC, MCC scheduled 117 calls between September 10 and September 16, 2020.  108 calls were completed, six were attempted but not completed, and three were not completed for unknown reasons.  We are working with the institution to obtain more information about these calls.  Federal Defenders did not report that there were any calls that have been pending for longer than 48 hours.[2]  Additionally, Federal Defenders report some technical issues this week.

B.    MDC

According to the information I have from MDC, MDC scheduled 194 calls between September 10 and September 16, 2020.  172 calls were completed, 12 were attempted but not completed, three were cancelled or rescheduled, and seven were not completed for unknown reasons.  We are working with the institution to obtain more information about these calls.  The Federal Defenders report that 48 requests to schedule calls were pending for more than 48 hours.  Additionally, Federal Defenders report some privacy and technical issues this week.

---

[1]    I held a joint mediation call with the parties on September 17, 2020.

[2]    Federal Defenders submitted call and VTC overflow data for the MDC for the period between September 1 and September 14, 2020. Federal Defenders did not submit any overflow data for the MCC.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3

The parties continue to discuss the issue of the overflow calls.

**III.    Videoconferencing**

 A. MCC

  According to MCC records, there were 13 videoconferences scheduled to take place between September 10 and September 16, 2020.  11 were completed as scheduled, one was attempted but not completed, and one was rescheduled.  Federal Defenders did not report that there were any VTC requests that have been pending for longer than 48 hours.  Additionally, Federal Defenders report some technical issues this week.

 B. MDC

  According to MDC records, there were 33 videoconferences scheduled to take place between September 10 and September 16, 2020.  27 were completed as scheduled, three were cancelled or rescheduled, and three were not completed for unknown reasons.  We are working with the institution to obtain more information about these VTCs.  Federal Defenders report that 14 requests to schedule VTCs were pending for more than 48 hours.  Federal Defenders also report some technical issues this week.  We will review these reports with the parties.

  The parties continue to discuss the issue of the overflow VTCs.

**IV.    In-Person Visitation**

  The MDC began in-person counsel visits last Thursday, September 10.  Visits are currently scheduled via an email request placed 72 hours in advance on a first-come, first-served basis.  The institution also maintains remote access via telephone and videoconference.  Despite the resumption of in-person visitation a backlog of calls developed this week on two floors of the MDC.  The parties are discussing this issue.  The institution has also set up a system to reach out to those counsel whose requests are in backlog status to facilitate an in-person visit if desired.

  I have continued to discuss with the parties logistical issues raised by the resumption of in-person visits, including but not limited to questions surrounding the HVAC system.  I will continue to work with the parties to resolve these issues.  I anticipate scheduling a call with the Warden next week to discuss several open issues.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

4

       The MCC is planning to resume in-person counsel visits this Monday, September 21.  The institution has held "test visits" this week to prepare for the resumption of in-person visitation.  Counsel are asked to schedule visits utilizing the online scheduling system.  Scheduling for Monday's visits opened today.  The MCC also maintains remote access via telephone and videoconference.  Similar questions about the MCC's HVAC system have been discussed between the parties and the mediation team. I will continue to work with the parties to resolve these issues.

       Respectfully,


       _____/s/ Loretta E. Lynch_____
       Loretta E. Lynch


cc:    Sean Hecker, Kaplan, Hecker & Fink
       Seth D. Eichenholtz, U.S. Attorney's Office (E.D.N.Y.)
       Sean Greene, U.S. Attorney's Office (E.D.N.Y.)
       Matthew J. Modafferi, U.S. Attorney's Office (E.D.N.Y.)
       Jeffrey Oestericher, U.S. Attorney's Office (S.D.N.Y.)
       David Jones, U.S. Attorney's Office (S.D.N.Y.)