# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL 212.763.0883
DIRECT EMAIL bwhite@kaplanhecker.com

November 12, 2020

**BY ECF**

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Federal Defenders of New York, Inc. v. Federal Bureau of Prisons, et al.,* No. 19 Civ. 660 (MKB)

Dear Judge Brodie:

    We write on behalf of the Federal Defenders in advance of tomorrow's conference to clarify certain statements made in the status report Federal Defenders filed with the Court yesterday. Specifically, based on information we had received, we reported in our status letter that there were four CJA attorneys who attempted to visit their clients at the MDC yesterday, Veterans Day, but were unable to do so. We subsequently learned that three of the CJA lawyers were in fact ultimately able to visit their clients yesterday, albeit two with significant delays and one with an unexpectedly shortened visit in light of the morning count.

    We regret the inaccuracies in yesterday's letter and apologize to the Court and the Defendants for the errors.

    Respectfully submitted,

    /s/ *Benjamin D. White*
    Benjamin D. White

cc:    Counsel of Record (by ECF)
        Hon. Loretta Lynch, Paul, Weiss, Rifkind, Wharton & Garrison LLP (by e-mail)
        Roberto Finzi, Paul, Weiss, Rifkind, Wharton & Garrison LLP (by e-mail)
        Edward Nasser, Paul, Weiss, Rifkind, Wharton & Garrison LLP (by e-mail)
        Jeffrey Oestericher, U.S. Attorney's Office (S.D.N.Y.) (by e-mail)
        David Jones, U.S. Attorney's Office (S.D.N.Y.) (by e-mail)