**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON    (1946-1991)
RANDOLPH E. PAUL    (1946-1956)
SIMON H. RIFKIND    (1950-1995)
LOUIS S. WEISS    (1927-1950)
JOHN F. WHARTON    (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3118

WRITER'S DIRECT FACSIMILE

(212) 492-0118

WRITER'S DIRECT E-MAIL ADDRESS

lelynch@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
MARK S. BERGMAN
DAVID M. BERNICK
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ROBERT A. BRITTON
DAVID W. BROWN
WALTER BROWN
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
RACHAEL G. COFFEY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
MEREDITH DEARBORN
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ
CATHERINE L. GOODALL
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
MELINDA HAAG
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT E. HOLO
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
BRIAN KIM
KYLE J. KIMPLER
ALEXIA D. KORBERG
ALAN W. KORNBERG
DANIEL J. KRAMER
BRIAN KRAUSE
CAITH KUSHNER
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
RANDY LUSKEY
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. McCOLM
JEAN M. McLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL
CATHERINE NYARADY
JANE B. O'BRIEN
BRAD R. OKUN
LINDSAY B. PARKS
ANDREW M. PARLEN
DANIELLE C. PENHALL
CHARLES J. PESANT
JESSICA E. PHILLIPS
AUSTIN POLLET
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM
CULLEN L. SINCLAIR
AUDRA J. SOLOWAY
SCOTT M. SONTAG
SARAH STASNY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
JOHN WEBER
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
ADAM WOLLSTEIN
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR
*ADMITTED ONLY TO THE CALIFORNIA BAR

September 2, 2021

**VIA ECF**

Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Federal Defenders of New York, Inc.* v. *Federal Bureau of Prisons, et al.*, No. 19-cv-00660 (E.D.N.Y.)

Dear Judge Brodie:

      I write to update the Court on the parties' ongoing efforts to address several of the important issues raised in this litigation through mediation.

## I.  Background

      I have continued to receive call and videoconference data from the parties. I continue to be in communication with the Federal Defenders, Inc. ("Plaintiff") and their

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

counsel, and the government and representatives of the Metropolitan Detention Center ("MDC") and Metropolitan Correctional Center ("MCC").[1]

My communications with the Federal Defenders and the government focused on the following topics:

1. The current status of in-person legal visitation at both institutions.

2. The execution of the current protocol for scheduling and placing attorney-client phone calls at the MDC and the MCC.

## II. Telephonic Contact

The parties continue to schedule and facilitate legal phone calls under the Court Protocol for Attorney Calls and Teleconference Hearings. Pursuant to the Protocol, attorney-client calls were scheduled by Federal Defenders for afternoon slots of one-half hour each from 12pm to 3pm at the MDC and 1 to 3:30 pm at the MCC. As Your Honor is aware, the parties have also made efforts to expand legal call hours beyond the times provided in the Protocol. *See* ECF Nos. 70 & 76.

### A. MCC

According to the information received from the Federal Defenders,[2] MCC scheduled 16 calls between August 26 and September 1. 11 calls were completed, two calls we are unaware of their outcome,[3] and three calls were not completed for unknown reasons. We are working with the parties to gather more information about this call. Additionally, Federal Defenders report some technical and scheduling issues this week.

### B. MDC

According to the information received from the parties, MDC scheduled 149 calls between August 26 and September 1.[4] 119 calls were completed, two calls were not completed as the inmates refused to take their respective calls, 17 calls we are unaware of their outcome,[5] and 11 calls were not completed for unknown reasons. We are working with the parties to gather more information about these calls. Federal Defenders report one call request pending for more than 48 hours. Additionally, Federal Defenders report some technical and scheduling issues this week.

---

[1] I held a call with the Warden of the MDC on August 31, 2021, and a joint mediation call with the parties on August 31, 2021.
[2] We did not receive data from the MCC for this week.
[3] We did not receive data from the MCC for this week. These calls were reported by the Federal Defenders but their resolution is undetermined.
[4] We did not receive data from the MDC for Friday, August 27, 2021; Monday, August 30, 2021; Tuesday, August 31, 2021; and Wednesday, September 1, 2021.
[5] We did not receive data from the MDC for Friday, August 27, 2021; Monday, August 30, 2021; Tuesday, August 31, 2021; and Wednesday, September 1, 2021. These calls were reported by the Federal Defenders but their resolution is undetermined.

### III. Videoconferencing

#### A. MCC

According to the information received from the Federal Defenders,[6] MCC scheduled 12 videoconferences between August 26 and September 1. 9 VTCs were completed and three VTCs we are unaware of their outcome.[7] We are working with the parties to gather more information about these VTCs. Additionally, Federal Defenders report some technical and scheduling issues this week.

#### B. MDC

According to the information received from the parties, MDC scheduled 29 videoconferences between August 26 and September 1.[8] 23 VTCs were completed, five VTCs we are unaware of their outcome,[9] and one VTC was not completed due to an unknown reason. We are working with the parties to gather more information about these VTCs. Federal Defenders report 29 VTC requests pending for more than 48 hours. Additionally, Federal Defenders report some technical and scheduling issues this week.

### IV. MCC Closure

Last week the Department of Justice announced that the MCC would close for extensive repair work that would necessitate the transfer of the approximately 240 individuals currently housed there. As was discussed during last Friday's status conference, both the parties and the Court learned of this information the afternoon prior to the conference.

As part of the mediation process I have spoken with the Warden of the MDC regarding the potential transfer of individuals from the MCC to the MDC and issues of ensuring ongoing legal access. The Warden indicated that he had recently learned of the closure plans, and that no date had been provided for either the closure or the transfer of the inmates. We had discussions regarding several issues surrounding the impending transfers, including equipment and staffing. The Warden committed to ensuring that each unit, including the East SHU, received a dedicated videoconferencing unit to facilitate legal access and court appearances. While he did not have written guidance at the time of our call he also committed to providing me information once received.

---

[6] We did not receive data from the MCC for this week.

[7] We did not receive data from the MCC for this week. These VTCs was reported by the Federal Defenders but their resolution is undetermined.

[8] We did not receive data from the MDC for Friday, August 27, 2021; Monday, August 30, 2021; Tuesday, August 31, 2021; and Wednesday, September 1, 2021.

[9] We did not receive data from the MDC for Friday, August 27, 2021; Monday, August 30, 2021; Tuesday, August 31, 2021; and Wednesday, September 1, 2021. These VTCs were reported by the Federal Defenders but their resolution is undetermined.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

4

        This afternoon the government provided me with a draft document providing general information relating to the MCC closure, albeit with no timing for transfers or closures. I anticipate receiving more specific information as it is developed and will continue to engage with the Warden on the relevant issues.

        Even in the absence of a specific timetable, the parties have begun to focus on issues of access raised by the impending transfer and closure. Federal Defenders have worked to proactively identify issues and discussions have begun. Both parties' status reports touch upon the initial issues under discussion and progress made. I will continue to engage with the parties on these and other issues as they arise.

        Respectfully,

        /s/ Loretta E. Lynch
        Loretta E. Lynch

cc:    Sean Hecker, Kaplan, Hecker & Fink
        Seth D. Eichenholtz, U.S. Attorney's Office (E.D.N.Y.)
        Sean Greene, U.S. Attorney's Office (E.D.N.Y.)
        Matthew J. Modafferi, U.S. Attorney's Office (E.D.N.Y.)
        Jeffrey Oestericher, U.S. Attorney's Office (S.D.N.Y.)
        David Jones, U.S. Attorney's Office (S.D.N.Y.)