# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL 212.763.0889
DIRECT EMAIL  shecker@kaplanhecker.com

September 2, 2021

**BY ECF**

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Federal Defenders of New York, Inc. v. Federal Bureau of Prisons, et al.,* No. 19 Civ. 660 (MKB)

Dear Chief Judge Brodie:

    In anticipation of tomorrow's conference, we are submitting a copy of a letter that various members of Congress sent to BOP Director Michael Carvajal today. *See* Ex. A. It discusses the closure of MCC and adds troubling details about the staffing shortages that we noted in the status report we filed yesterday.

    We look forward to a productive conference.

                      Respectfully submitted,

                      /s/ Sean Hecker
                      Sean Hecker

cc:     Counsel of Record (by ECF)
        Hon. Loretta Lynch, Paul, Weiss, Rifkind, Wharton & Garrison LLP (by e-mail)
        Roberto Finzi, Paul, Weiss, Rifkind, Wharton & Garrison LLP (by e-mail)
        Norhan Bassiouny, Paul, Weiss, Rifkind, Wharton & Garrison LLP (by e-mail)
        Jeffrey Oestericher, U.S. Attorney's Office (S.D.N.Y.) (by e-mail)