**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3118

WRITER'S DIRECT FACSIMILE
(212) 492-0118

WRITER'S DIRECT E-MAIL ADDRESS
lelynch@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
CRAIG A. BENSON
MARK S. BERGMAN
DAVID M. BERNICK
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ROBERT A. BRITTON
DAVID W. BROWN
WALTER BROWN*‡
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
RACHAEL G. COFFEY
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
MEREDITH DEARBORN*‡
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS GROOMBRIDGE
BRUCE A. GUTENPLAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
BRIAN S. HERMANN
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT E. HOLO
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
BRIAN KIM
KYLE J. KIMPLER
ALEXIA D. KORBERG
ALAN W. KORNBERG
DANIEL J. KRAMER
BRIAN KRAUSE
CAITH KUSHNER
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
RANDY LUSKEY*‡
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
BRAD R. OKUN
LINDSAY B. PARKS
ANDREW M. PARLEN
DANIELLE C. PENHALL
CHARLES J. PESANT
JESSICA E. PHILLIPS*
AUSTIN POLLET*‡
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
WALTER RIEMAN
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
CULLEN L. SINCLAIR
AUDRA J. SOLOWAY
SCOTT M. SONTAG
SARAH STASNY
TARUN M. STEWART
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
JOHN WEBER
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
ADAM WOLLSTEIN
JULIA TARVER MASON WOOD
JENNIFER H. WU
BETTY YAP*
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR
‡ADMITTED ONLY TO THE CALIFORNIA BAR

September 9, 2021

**VIA ECF**
Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Federal Defenders of New York, Inc.* v. *Federal Bureau of Prisons, et al.*, No. 19-cv-00660 (E.D.N.Y.)

Dear Judge Brodie:

      I write to update the Court on the parties' ongoing efforts to address several of the important issues raised in this litigation through mediation.

I.  **Background**

      I have continued to receive call and videoconference data from the parties. I continue to be in communication with the Federal Defenders, Inc. ("Plaintiff") and their

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

counsel, and the government and representatives of the Metropolitan Detention Center ("MDC") and Metropolitan Correctional Center ("MCC").[1]

My communications with the Federal Defenders and the government focused on the following topics:

1. The current status of in-person legal visitation at both institutions.

2. The execution of the current protocol for scheduling and placing attorney-client phone calls at the MDC and the MCC.

## II.   Telephonic Contact

The parties continue to schedule and facilitate legal phone calls under the Court Protocol for Attorney Calls and Teleconference Hearings. Pursuant to the Protocol, attorney-client calls were scheduled by Federal Defenders for afternoon slots of one-half hour each from 12pm to 3pm at the MDC and 1 to 3:30 pm at the MCC. As Your Honor is aware, the parties have also made efforts to expand legal call hours beyond the times provided in the Protocol. *See* ECF Nos. 70 & 76.

### A.   MCC

According to the information received from the parties, MCC scheduled 12 calls between September 2 and September 8.[2] 7 calls were completed, one call was not completed as the inmate was in a different unit, and four calls were not completed for unknown reasons. We are working with the parties to gather more information about this call. Additionally, Federal Defenders report some scheduling issues this week.

### B.   MDC

According to the information received from the parties, MDC scheduled 136 calls between September 2 and September 8.[3] 117 calls were completed, one call was cancelled by the attorney, one call was not completed as the inmate was unable to take the call,[4] 10 calls we are unaware of their outcome,[5] and seven calls were not completed for unknown reasons. We are working with the parties to gather more information about these calls. Federal Defenders report 10 call requests pending for more

---

[1] I held a joint mediation call with the parties on September 7, 2021 and a call with the Defendants on September 9, 2021.

[2] We did not receive data from the MCC for Friday, September 3, 2021 and Wednesday, September 8, 2021. We also did not receive data from the Federal Defenders for Thursday, September 2, 2021.

[3] We did not receive data from the MDC for Tuesday, September 7, 2021 and Wednesday, September 8, 2021. We also did not receive data from the Federal Defenders for Thursday, September 2, 2021.

[4] Federal Defenders report that the MDC informed them that the inmate was not able to take the call due to a disciplinary reason.

[5] We did not receive data from the MDC for Tuesday, September 7, 2021 and Wednesday, September 8, 2021. These calls were reported by the Federal Defenders but their resolution is undetermined.

than 48 hours. Additionally, Federal Defenders report some technical and scheduling issues this week.

### III. Videoconferencing

#### A. MCC

According to the information received from the parties, MCC scheduled 5 videoconferences between September 2 and September 8.[6] 3 VTCs were completed and two VTCs were not completed for unknown reasons. We are working with the parties to gather more information about these VTCs. Additionally, Federal Defenders report some technical issues this week.

#### B. MDC

According to the information received from the parties, MDC scheduled 37 videoconferences between September 2 and September 8.[7] 26 VTCs were completed, nine VTCs we are unaware of their outcome,[8] and two VTCs were not completed due to unknown reasons. We are working with the parties to gather more information about these VTCs. Federal Defenders report 20 VTC requests pending for more than 48 hours. Additionally, Federal Defenders report some technical, scheduling, and privacy issues this week.

### IV. Remote Access

The parties continue to work together through mediation, as well as on their own, to discuss issues of overflow calls and VTCs, as well as technical issues around the web based platforms for court and counsel VTC access.

### V. MCC Closure

As noted last week, the Department of Justice recently announced the impending closure of the MCC to facilitate extensive repair work. While no schedule for closure or transfer of inmates to the MDC has been provided the parties have begun to discuss the potential impact on legal access raised by the impending changes. We have also discussed the progress made on several of the issues, including equipment issues, that have been under discussion. I will continue to monitor and discuss these issues with the parties and the Warden.

The plaintiffs have also raised concerns about the adequacy of current MDC staffing to manage access upon the transfer of additional inmates to the

---

[6] We did not receive data from the MCC for Friday, September 3, 2021 and Wednesday, September 8, 2021. We also did not receive data from the Federal Defenders for Thursday, September 2, 2021.

[7] We did not receive data from the MDC for Tuesday, September 7, 2021 and Wednesday, September 8, 2021. We also did not receive data from the Federal Defenders for Thursday, September 2, 2021.

[8] We did not receive data from the MDC for Tuesday, September 7, 2021 and Wednesday, September 8, 2021. These VTCs were reported by the Federal Defenders but their resolution is undetermined.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

4

MDC. Staffing changes have not been announced at this point in time, and I am advised by the Warden that the issue is under discussion within the institution as well. I will continue to discuss this issue with the parties as well as the Warden.

                                                  Respectfully,

                                                  /s/ Loretta E. Lynch
                                                  Loretta E. Lynch

cc:    Sean Hecker, Kaplan, Hecker & Fink
        Seth D. Eichenholtz, U.S. Attorney's Office (E.D.N.Y.)
        Sean Greene, U.S. Attorney's Office (E.D.N.Y.)
        Matthew J. Modafferi, U.S. Attorney's Office (E.D.N.Y.)
        Jeffrey Oestericher, U.S. Attorney's Office (S.D.N.Y.)