PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(212) 373-3118

WRITER'S DIRECT FACSIMILE

(212) 492-0118

WRITER'S DIRECT E-MAIL ADDRESS

lelynch@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
SCOTT A. BARSHAY
PAUL M. BASTA
LYNN B. BAYARD
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ANDRE G. BOUCHARD*
PAUL D. BRACHMAN
GERALD BRANT
ROBERT A. BRITTON
WALTER F. BROWN*
SUSANNA M. BUERGEL
JESSICA S. CAREY
JOHN P. CARLIN
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
REBECCA S. COCCARO
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
TIHITINA DAGNEW
THOMAS V. DE LA BASTIDE III
MEREDITH R. DEARBORN*
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
KATHERINE B. FORREST
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
MANUEL S. FREY
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
IAN M. HAZLETT
BRIAN S. HERMANN
JOSHUA HILL JR.
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT HOLO
CHRISTOPHER HOPKINS
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
LUKE JENNINGS
JEH C. JOHNSON
MATTHEW B. JORDAN
CHRISTODOULOS KAOUTZANIS
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
ROBERT A. KILLIP
BRIAN KIM
KYLE J. KIMPLER
JEFFREY L. KOCHIAN
ALEXIA D. KORBERG
DANIEL J. KRAMER
ANDREW D. KRAUSE
BRIAN KRAUSE
CAITH KUSHNER
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
RANDY LUSKEY*
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
SEAN A. MITCHELL
ERIN J. MORGAN
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
BRAD R. OKUN
SUNG PAK
CRYSTAL L. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
DANIELLE C. PENHALL
CHARLES J. PESANT
ANASTASIA V. PETERSON
JESSICA E. PHILLIPS*
AUSTIN S. POLLET*
VALERIE E. RADWANER
JEFFREY J. RECHER
LORIN L. REISNER
JEANNIE S. RHEE*
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY B. SAMUELS
PAUL L. SANDLER
AARON J. SCHLAPHOFF
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM
SCOTT A. SHER*
SUHAN SHIM
CULLEN L. SINCLAIR
MAURY SLEVIN
KYLE SMITH
AUDRA J. SOLOWAY
SCOTT M. SONTAG
JOSHUA H. SOVEN*
MEGAN SPELMAN
ROBERT Y. SPERLING
EYITAYO ST. MATTHEW-DANIEL
SARAH STASNY
AIDAN SYNNOTT
ROBERT D. TANANBAUM
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
ANDREA WAHLQUIST BROWN
JOHN WEBER
THEODORE V. WELLS, JR.
SAMUEL J. WELT
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
ADAM WOLLSTEIN
STACI YABLON
BOSCO YIU*
KAYE N. YOSHINO
TONG YU
TAURIE M. ZEITZER
KENNETH S. ZIMAN
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

January 11, 2024

**VIA ECF**

Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Federal Defenders of New York, Inc.* v. *Federal Bureau of Prisons, et al.*,
No. 19-cv-00660 (E.D.N.Y.)

Dear Judge Brodie:

I write to update the Court on the parties' ongoing efforts to address issues raised in this litigation through mediation.

## I. Background

I have continued to receive call and videoconference data from the parties. I also continue to be in communication with the Federal Defenders, Inc. ("Plaintiff") and their counsel, the government, and representatives of the Metropolitan Detention Center ("MDC") and Metropolitan Correctional Center ("MCC").[1]

My communications with the Federal Defenders and the government focused on the following topics:

1. The current status of in-person legal visitation at the MDC.

2. The execution of the current protocol for scheduling and placing attorney-client phone calls at the MDC.

## II. Telephonic Contact

The parties continue to schedule and facilitate legal phone calls under the Court Protocol for Attorney Calls and Teleconference Hearings. Pursuant to the Protocol, attorney-client calls are scheduled by Federal Defenders for afternoon slots of one-half hour each from 12pm to 3pm at the MDC. As Your Honor is aware, the parties have also made efforts to expand legal call hours beyond the times provided in the Protocol. *See* ECF Nos. 70 & 76.

According to information received from the parties, MDC scheduled 694 calls between November 30, 2023 and January 10, 2024. Of these 694 calls, 501 were completed,[2] 31 were attempted but not completed, 17 were cancelled or rescheduled by the inmate's attorney,[3] 15 were not completed because the inmate refused the call, 12 were not completed due to an institutional emergency,[4] four were not completed because the inmate was in court, four were not completed because the inmate was on a different floor,[5] three were not completed because the inmate had an in-person legal visit, one was not completed because the inmate was "in transit," one was not completed due to the inmate's "disruptive behavior," one was not completed because the inmate was involved in a "use of force" incident,[6] one was not completed due to an "emergency stabbing" at the institution, one was not complete because the phone system was "down" at the institution, and one was not completed because the inmate was no longer at the institution. Finally, 20 calls were not

---

1 I held joint mediation calls with the parties on December 5, 12, and 20, 2023 and January 2 and 9, 2024. Magistrate Judge Peggy Kuo also attended the calls on December 12, 2023 and January 2, 2024.

2 The Federal Defenders reported that two of these calls were not completed.

3 The Federal Defenders reported that one of these calls was not completed.

4 The MDC reported that nine of these calls were later rescheduled and completed or attempted.

5 The MDC reported that two of these calls were later rescheduled and completed.

6 The MDC reported that this call was later rescheduled and completed.

completed for unknown reasons,[7] and we are unaware of the outcome for 81 calls.[8] We are working with the parties to gather more information about these calls.

Additionally, Federal Defenders report some technical issues over the past six weeks.

**III. Videoconferencing**

According to the information received from the parties, MDC scheduled 276 videoconferences between November 30, 2023 and January 10, 2024. Of these 276 VTCs, 213 were completed,[9] eight VTCs were completed as a call,[10] six were attempted but not completed, five were not completed because the inmate refused the VTC, four were cancelled or rescheduled by the inmate's attorney, three were not completed due to an institutional emergency, and two were not completed because the inmate was on a different floor.[11] Finally, six VTCs were not completed for unknown reasons,[12] and we are unaware of the outcome for 36 VTCs. We are working with the parties to gather more information about these VTCs.

Again, Federal Defenders report some technical issues with VTCs over the past six weeks.

**IV. In-Person Visiting**

The parties continue to discuss the tracking of attorney wait times, and the MDC continues to collect and maintain attorney-generated data on wait times. Although incomplete because of limited attorney participation in the data-gathering process, this data is available should the need to track specific wait times arise. The parties continue to discuss ways to efficiently collect and store the data and to increase participation by defense counsel in the necessary record keeping.

The MDC continues to experience internal challenges that affect legal access, including delays for legal visitors and refusals from staff to call MDC Legal. Specifically, the parties discussed an incident from December 24, 2023, where a lawyer waited an hour and a half to visit one client. During this incident, the visiting room officer at MDC refused to call MDC Legal despite the lawyer's continued requests. The institution confirmed that the incident was being investigated and disciplinary measures were being explored with the officer. In addition, a legal visitor was turned away on December 5, 2023 because their pants did not conform with MDC's clothing guidelines. The institution explained that this determination was appropriately made by a supervisor. The parties

---

[7] The MDC reported that one of these calls was later rescheduled and completed.

[8] The Federal Defenders reported that one of these calls was completed.

[9] The Federal Defenders reported that two of these VTCs were not completed.

[10] The parties reported that these VTCs were switched to a call because of technical issues. The Federal Defenders reported that two of these calls were not completed.

[11] The MDC reported that both of these VTCs were later rescheduled and completed.

[12] The MDC reported that one of these VTCs was later rescheduled and completed.

continue to discuss ideas to prevent clothing-related issues from impeding on legal visits, and the Federal Defenders sent a reminder to the Defense Bar concerning clothing guidelines. Additionally, the parties discussed an incident raising confidentiality concerns from mid-December 2023, where an inmate's call was allegedly overheard by an officer in East SHU. The inmate allegedly requested that the officer leave the area for the private call and the officer refused to do so. The institution stated that it would investigate this incident.

The parties continue to discuss issues related to the implementation of procedures regarding legal access. At the moment, the institution is not able to carry out its usual practice of bringing down multiple inmates to the visiting room for legal visits due to an ongoing staff shortage. To offset the shortage, TDY employees were utilized in December 2023, and the institution ensured that the TDY staff were regularly instructed about MDC-specific policies to avoid procedures from being inconsistently applied. Since then, the institution has made additional permanent staff hires as well in January 2024. Moreover, the institution has drafted a legal access guide, which is currently being reviewed by the Defendants' attorneys. The institution expects this guide to cover a variety of areas affecting legal access that are consistently discussed during the mediation calls, such as the policy where staff are instructed to bring down multiple clients to the visiting room at one time when possible. The guide will also be implemented during annual and quarterly trainings with staff at the institution. The institution hopes to provide a draft to the Federal Defenders soon for input.

Ongoing technical issues with telephones and VTC equipment in various units are being investigated by staff and addressed upon receiving any complaints. On December 28, 2023, the institution experienced a phone system outage, although many of the affected calls were able to be rescheduled. On December 5, 2023, the institution stated that it received funding approval to repair emergency buttons in inmate cells. Additionally, the institution received approval to order additional headphones for VTC units and an update on their availability will be provided as soon as possible.

I will continue to discuss these and other issues with the parties.

Respectfully,

/s/ Loretta E. Lynch
Loretta E. Lynch

cc: Sean Hecker, Kaplan, Hecker & Fink LLP
Dara A. Olds, U.S. Attorney's Office (E.D.N.Y.)
David A. Cooper, U.S. Attorney's Office (E.D.N.Y.)