PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

2029 CENTURY PARK EAST, SUITE 2000
LOS ANGELES, CALIFORNIA 90067-3006
TELEPHONE: (310) 982-4350

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

1313 NORTH MARKET STREET, SUITE 806
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER

(212) 373-3118

WRITER'S DIRECT FACSIMILE

(212) 492-0118

WRITER'S DIRECT E-MAIL ADDRESS

lelynch@paulweiss.com

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
WILL AITKEN-DAVIES*
JARRYD E. ANDERSON
STEFAN ARNOLD-SOULBY*
JONATHAN H. ASHTOR
ROBERT A. ATKINS
KANESH BALASUBRAMANIAM*
SCOTT A. BARSHAY
PAUL M. BASTA
LYNN B. BAYARD
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ANDRE G. BOUCHARD*
PAUL D. BRACHMAN
KIMBERLY BRANSCOME*
ROBERT A. BRITTON
BRAD BROWN
WALTER F. BROWN*
SUSANNA M. BUERGEL
JESSICA S. CAREY
JOHN P. CARLIN
DAVID CARMONA
BONNIE CHEN
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
REBECCA S. COCCARO
JAY COHEN
KELLEY A. CORNISH
TIMOTHY CRUICKSHANK
CHRISTOPHER J. CUMMINGS
TIHITINA DAGNEW
THOMAS V. DE LA BASTIDE III
MEREDITH R. DEARBORN*
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
CAROLINE B. EPSTEIN
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
KATHERINE B. FORREST
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
MANUEL S. FREY
DAVID P. FRIEDMAN
MATTHEW R. FRIEDMAN
KENNETH A. GALLO
REUVEN P. GARRETT
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
BENJAMIN GOODCHILD
MARTHA L. GOODMAN
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
JOE GRAHAM
BRIAN S. GRIEVE
UDI GROFMAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
IAN M. HAZLETT
BRIAN S. HERMANN
JOSHUA HILL JR.
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT HOLO
CHRISTOPHER HOPKINS
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
SOHAIL ITANI
JAREN JANGHORBANI
BRIAN M. JANSON
LUKE JENNINGS
JEH C. JOHNSON
ROGER JOHNSON*
DEIRDRE JONES*
MATTHEW B. JORDAN
CHRISTODOULOS KAOUTZANIS
BRAD S. KARP
JOHN C. KENNEDY
ROBERT A. KILLIP
BRIAN KIM
KYLE J. KIMPLER
ROBERT A. KINDLER
ALEXIA D. KORBERG
NINA KOVALENKO
DANIEL J. KRAMER
ANDREW D. KRAUSE
BRIAN KRAUSE
CAITH KUSHNER
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
MATTHEW N. LEIST*
XIAOYU GREG LIU
TIMOTHY LOWE*
RANDY LUSKEY*
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
ELIZABETH R. MCCOLM
ANNE MCGINNIS
JEAN M. MCLOUGHLIN
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
MATTHEW MERKLE
WILLIAM B. MICHAEL
SEAN A. MITCHELL
ERIN J. MORGAN
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
CIAN O'CONNOR*
BRAD R. OKUN
SUNG PAK
CRYSTAL L. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
JOHN PATTEN*
DANIELLE C. PENHALL
CHARLES J. PESANT
ANASTASIA V. PETERSON
ANDREAS PHILIPSON*
JESSICA E. PHILLIPS*
AUSTIN S. POLLET*
RAVI PUROHIT
VALERIE E. RADWANER
JEFFREY J. RECHER
LORIN L. REISNER
JEANNIE S. RHEE*
ANDREW N. ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
NEEL V. SACHDEV*
JEFFREY B. SAMUELS
PAUL L. SANDLER
AARON J. SCHLAPHOFF
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM
SCOTT A. SHER*
SUHAN SHIM
MARIAN S. SHIN
ANUSHA SIMHA
CULLEN L. SINCLAIR
MAURY SLEVIN
KYLE SMITH
AUDRA J. SOLOWAY
SCOTT M. SONTAG
JOSHUA H. SOVEN*
MEGAN SPELMAN
ROBERT Y. SPERLING
EYITAYO ST. MATTHEW-DANIEL
SARAH STASNY
BEN STEADMAN
AIDAN SYNNOTT
ROBERT D. TANANBAUM
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
ANDREA WAHLQUIST BROWN
JOHN WEBER
ERIC J. WEDEL
THEODORE V. WELLS, JR.
SAMUEL J. WELT
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
STACI YABLON
BOSCO YIU*
TONG YU
KENNETH S. ZIMAN
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

February 8, 2024

**VIA ECF**

Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Federal Defenders of New York, Inc.* v. *Federal Bureau of Prisons, et al.*,
No. 19-cv-00660 (E.D.N.Y.)

Dear Judge Brodie:

I write to update the Court on the parties' ongoing efforts to address issues raised in this litigation through mediation.

## I. Background

I have continued to receive call and videoconference data from the parties. I also continue to be in communication with the Federal Defenders, Inc. ("Plaintiff") and their counsel, the government, and representatives of the Metropolitan Detention Center ("MDC") and Metropolitan Correctional Center ("MCC").[1]

My communications with the Federal Defenders and the government focused on the following topics:

1. The current status of in-person legal visitation at the MDC.

2. The execution of the current protocol for scheduling and placing attorney-client phone calls at the MDC.

## II. Telephonic Contact

The parties continue to schedule and facilitate legal phone calls under the Court Protocol for Attorney Calls and Teleconference Hearings. Pursuant to the Protocol, attorney-client calls are scheduled by Federal Defenders for afternoon slots of one-half hour each from 12pm to 3pm at the MDC. As Your Honor is aware, the parties have also made efforts to expand legal call hours beyond the times provided in the Protocol. *See* ECF Nos. 70 & 76.

According to information received from the parties, MDC scheduled 496 calls between January 11, 2024 and February 7, 2024. Of these 496 calls, 399 were completed, 17 were attempted but not completed, 11 were cancelled or rescheduled by the inmate's attorney,[2] 11 were not completed because the inmate refused the call, five were not completed because the inmate had an in-person legal visit,[3] three were not completed because the inmate was in court, three were not completed because the inmate was on a different floor,[4] three were not completed because the inmate was moved to the SHU,[5] two were not completed because the inmate was at work,[6] two were not completed because the inmate was not at the institution, one was not completed because the inmate had a social visit, one was not completed because the inmate was sick, one was not completed because the inmate had an incident in the SHU, one was not completed because the inmate "was in R&D packing out," and one was not completed because the inmate was in the hospital. Finally, 10 calls were not completed for unknown reasons,[7] and we are unaware of the

---

1 I held joint mediation calls with the parties on January 16, January 23, January 30, and February 6, 2024. Magistrate Judge Peggy Kuo also attended the calls on January 30 and February 6, 2024.

2 The Federal Defenders reported two of these calls as completed.

3 The Federal Defenders reported one of these calls as completed.

4 The Federal Defenders reported one of these calls as completed.

5 The MDC reported that one of these calls was later rescheduled and completed.

6 The MDC reported that two of these calls were later rescheduled and completed.

7 The MDC reported that two of these calls were later rescheduled and completed.

outcome for 27 calls. We are working with the parties to gather more information about these calls.

Additionally, Federal Defenders report some technical issues over the past four weeks.

## III. Videoconferencing

According to the information received from the parties, MDC scheduled 175 videoconferences between January 11, 2024 and February 7, 2024. Of these 175 VTCs, 136 were completed,[8] four VTCs were completed as a call,[9] three were attempted but not completed, seven were cancelled or rescheduled by the inmate's attorney, three were not completed because the inmate refused the VTC, one was not completed because the inmate was in court, one was not completed because the inmate was on a different floor, one was not completed because the inmate was at work, one was not completed because the inmate had a social visit, and one was not completed because the MDC rescheduled it due to a conflict. Finally, three VTCs were not completed for unknown reasons, and we are unaware of the outcome for 18 VTCs. We are working with the parties to gather more information about these VTCs.

Again, Federal Defenders report some technical issues with VTCs over the past four weeks.

## IV. In-Person Visiting

The parties continue to discuss the tracking of attorney wait times, and the MDC continues to collect and maintain attorney-generated data on wait times. Although incomplete because of limited attorney participation in the data-gathering process, this data is available should the need to track specific wait times arise. The parties continue to discuss ways to efficiently collect and store the data and to increase participation by defense counsel in the necessary record keeping.

The parties continue to discuss issues related to the implementation of procedures regarding legal access. The institution has prepared a draft of a legal access guide which has been the subject of discussion over the past several weeks. We expect that the guide, when complete, will cover a variety of areas including many that are often the subject of discussion during the mediation calls. The institution is currently considering various proposals provided by the Federal Defenders for inclusion in the legal access guide. We will continue to facilitate the exchange of ideas.

The MDC continues to experience internal challenges that affect legal access. For example, the parties discussed a report from January 11, 2024, in which an attorney was mistakenly told that legal visits could only take place in the enclosed visiting rooms, which significantly reduced the amount of possible meetings and increased attorney

---

8 The Federal Defenders reported one of these VTCs as not completed.

9 The parties reported that these VTCs were switched to a call because of technical issues.

wait-times. The tables from the main visiting room were also removed, interfering with attorneys' ability to review discovery with their clients. The institution confirmed that the officer provided incorrect guidance. The parties also discussed an incident from January 15, 2024, where the electric doors to the West Building were not working, which meant that the legal visitors had to be keyed in and out by the institution's staff. The institution explained that the issue had since been resolved. Finally, today we received a report of another event where an attorney was allegedly provided incorrect guidance from an officer, leading to extensive delays for attorneys. In particular, attorneys were told by an officer that access was limited based on a policy that prevented too many meetings from occurring at once based on privacy concerns. As a result, the attorneys were required to go into the visiting room in shifts. Also, it was reported that tables had again been removed from the visiting room, which again prevented attorneys from efficiently reviewing discovery with their clients. We were told that an attorney who inquired about the source of the policy was treated abruptly, and that the attorney elevated the issue to the Captain and MDC Legal. The Captain explained that the visiting room had a limited capacity for the number of people allowed inside, but agreed that the limit had not been met. The Captain acknowledged that there was no such policy. We were informed that some attorneys still continued to wait up to two hours to get inside the visiting room. Because we only learned of this report today, we have not yet discussed it with the parties, but expect to do so the next time we speak.

Ongoing technical issues with telephones and VTC equipment in various units are being investigated by staff and addressed upon receiving any complaints. On January 23, 2024, the institution confirmed receipt of additional headphones for VTC units. The institution will provide an update once they are in use and it is expected that the additional headphones will alleviate the reported audio issues experienced during VTCs.

I will continue to discuss these and other issues with the parties.

Respectfully,

/s/ Loretta E. Lynch
Loretta E. Lynch

cc: Sean Hecker, Kaplan, Hecker & Fink LLP
Dara A. Olds, U.S. Attorney's Office (E.D.N.Y.)
David A. Cooper, U.S. Attorney's Office (E.D.N.Y.)