PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064

TELEPHONE (212) 373-3000

BEIJING
HONG KONG
LONDON
LOS ANGELES
SAN FRANCISCO
TOKYO
TORONTO
WASHINGTON, DC
WILMINGTON

Direct Dial: (212) 373-3118

Email: lelynch@paulweiss.com

March 7, 2024

**VIA ECF**

Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *Federal Defenders of New York, Inc.* v. *Federal Bureau of Prisons, et al.*,
No. 19-cv-00660 (E.D.N.Y.)

Dear Judge Brodie:

I write to update the Court on the parties' ongoing efforts to address issues raised in this litigation through mediation.

## I. Background

I have continued to receive call and videoconference data from the parties. I also continue to be in communication with the Federal Defenders, Inc. ("Plaintiff") and their counsel, the government, and representatives of the Metropolitan Detention Center ("MDC") and Metropolitan Correctional Center ("MCC").[1]

My communications with the Federal Defenders and the government focused on the following topics:

1. The current status of in-person legal visitation at the MDC.

2. The execution of the current protocol for scheduling and placing attorney-client phone calls at the MDC.

---

[1] I held joint mediation calls with the parties on February 20 and 28, 2024. Magistrate Judge Peggy Kuo attended both calls as well.

## II. Telephonic Contact

The parties continue to schedule and facilitate legal phone calls under the Court Protocol for Attorney Calls and Teleconference Hearings. Pursuant to the Protocol, attorney-client calls are scheduled by Federal Defenders for afternoon slots of one-half hour each from 12pm to 3pm at the MDC. As Your Honor is aware, the parties have also made efforts to expand legal call hours beyond the times provided in the Protocol. *See* ECF Nos. 70 & 76.

According to information received from the parties, MDC scheduled 447 calls between February 8, 2024 and March 6, 2024. Of these 447 calls, 353 were completed, 14 were attempted but not completed, 13 were cancelled or rescheduled by the inmate's attorney,[2] eight were not completed because the inmate refused the call, seven were not completed because the inmate had a legal visit,[3] three were not completed because they were rescheduled by MDC, two were not completed because the inmate was in SHU, one was not completed because the inmate was "moved," one was not completed because the inmate was in court, and one was not completed because the inmate was not at the institution. Finally, 17 calls were not completed for unknown reasons, and we are unaware of the outcome for 25 calls. We are working with the parties to gather more information about these calls.

Additionally, Federal Defenders report some technical issues over the past four weeks.

## III. Videoconferencing

According to the information received from the parties, MDC scheduled 190 videoconferences between February 8, 2024 and March 6, 2024. Of these 190 VTCs, 145 were completed,[4] three VTCs were completed as a call,[5] six were cancelled or rescheduled by the inmate's attorney, five were not completed because the inmate refused the VTC, three were not completed because the inmate was not at the institution, one was not completed because the inmate was in court, one was not completed because the inmate was "in education," and one was not completed because the inmate was on a medical trip. Finally, 11 VTCs were not completed for unknown reasons, and we are unaware of the outcome for 17 VTCs. We are working with the parties to gather more information about these VTCs.

Again, Federal Defenders report some technical issues with VTCs over the past four weeks.

## IV. In-Person Visiting

The parties continue to discuss the tracking of attorney wait times, and the MDC continues to collect and maintain attorney-generated data on wait times. Although incomplete because of limited attorney participation in the data-gathering process, this data is available should

---

2 The Federal Defenders reported this call as completed.

3 The Federal Defenders reported this call as completed.

4 The Federal Defenders reported one of these VTCs as not completed.

5 The parties reported that these VTCs were switched to a call because of technical issues.

the need to track specific wait times arise. The parties continue to discuss ways to efficiently collect and store the data and to increase participation by defense counsel in the necessary record keeping.

The parties continue to discuss issues related to the implementation of procedures regarding legal access. The institution has prepared a draft of a legal access guide which has been the subject of discussion over the past several weeks. We expect that the guide, when complete, will cover a variety of areas including many that are often the subject of discussion during the mediation calls. The institution is currently considering various proposals provided by the Federal Defenders for inclusion in the legal access guide. We will continue to facilitate the exchange of ideas.

The MDC continues to experience internal challenges that affect legal access. For example, the parties discussed a report from February 16, 2024, in which an attorney was told that his client would not be produced due to behavior after a previous call. The Federal Defenders inquired whether the denial of legal access was being used as a response to inmates' bad behavior at the institution. The institution confirmed that it has historically not denied inmates' legal access as a disciplinary measure, and that this incident was situation-specific. The parties are continuing to review this issue and we will further discuss it the next time we speak. Additionally, the parties discussed an incident from February 20 and 21, 2024, where in-person legal visits were temporarily suspended due to a security concern at the institution. Although specific information about the incident could not be provided, the institution informed us that it had provided notice of the disruption and subsequent developments to Federal Defenders in a timely fashion.

Ongoing technical issues with telephones and VTC equipment in various units are being investigated by staff and addressed upon receiving any complaints. On February 20, 2024, the institution confirmed that the newly received headphones were largely in use for the VTC units. Certain new headphones are incompatible with the VTC equipment, and the institution will provide an update on this issue when possible. It is expected that the additional headphones should alleviate the reported audio issues experienced during VTCs.

I will continue to discuss these and other issues with the parties.

Respectfully,

/s/ Loretta E. Lynch
Loretta E. Lynch

cc: Sean Hecker, Kaplan, Hecker & Fink LLP
Dara A. Olds, U.S. Attorney's Office (E.D.N.Y.)
David A. Cooper, U.S. Attorney's Office (E.D.N.Y.)