

U.S. Department of Justice

United States Attorney
Eastern District of New York

271 Cadman Plaza East
Brooklyn, New York 11201

November 18, 2025

**By ECF**

Honorable Margo K. Brodie
Chief United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Fed. Defenders of N.Y., Inc. v. BOP, et al.
Civil Action No. 19-cv-660 (Brodie, Ch. J.) (Kuo, M.J.)

Dear Chief Judge Brodie:

This Office represents Defendants, Federal Bureau of Prisons and the Warden of the Metropolitan Detention Center, Brooklyn ("MDC Brooklyn") (collectively, "the Government") in the above-referenced lawsuit, in which Plaintiff Federal Defenders of New York, Inc. ("Plaintiff") alleges that MDC Brooklyn provides detainees inadequate access to counsel. In light of the Court's recent adjournment of the upcoming status conference from November 21, 2025 to December 5, 2025, *see* Nov. 18, 2025 Minute Entry, the Government writes to respectfully request an extension of the parties' deadline to submit their status reports from November 19, 2025 to December 3, 2025. The Government respectfully submits that an extension of the status report deadline would ensure that the Court has the most current information available in advance of the status conference. Plaintiff consents to this request.

This is the Government's first request of an extension of the deadline for the parties to submit status reports in advance of the December 5 conference. This request does not affect any other scheduled dates in this action.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/
Dara A. Olds
David A. Cooper
Assistant U.S. Attorneys
(718) 254-6000
dara.olds@usdoj.gov
david.cooper4@usdoj.gov

cc: Counsel of Record (By ECF)

Loretta E. Lynch, Esq.
Roberto Finzi, Esq.
Charlie Figueroa, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP