Hecker Fink LLP

NEW YORK | WASHINGTON, DC | LOS ANGELES

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

TEL (212) 763-0883 | FAX (212) 564-0883
WWW.HECKERFINK.COM

DIRECT DIAL: 212.763.0883
DIRECT EMAIL: shecker@heckerfink.com

July 8, 2026

**BY ECF**

The Honorable Margo K. Brodie
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

*Re:* *Federal Defenders of New York, Inc. v. Federal Bureau of Prisons, et al.*, No. 19 Civ. 660 (MKB)

Dear Chief Judge Brodie:

We write on behalf of the Federal Defenders to provide an update in advance of the status conference scheduled for July 10, 2026.

***Remote Access.*** The parties continue to address ongoing issues related to remote access. There have been reports of intermittent audibility and connectivity issues with video teleconference ("VTC") units, specifically in Unit 43, Unit 61, Unit 62, and the SHU, along with reports of the legal call phone in the SHU not working. Additionally, MDC is conducting a test call to confirm that the phone on Unit 83 that connects to the Federal Defender office in Manhattan has been repaired. Federal Defenders and MDC are coordinating a test call on Unit 62 to troubleshoot specific issues, and Federal Defenders appreciate MDC's willingness to investigate these issues and its continued commitment to resolving them.

***Transition of Online Scheduling System.*** Federal Defenders continue to have concerns regarding the proposed new scheduling system to transition the online scheduling system for legal calls from the Federal Defenders to MDC. Federal Defenders have provided written suggestions for the Defendants to consider incorporating into their proposed scheduling system and remain committed to working with the Defendants to identify and troubleshoot potential issues. Federal Defenders appreciate MDC's willingness to consider Federal Defenders' concerns and proposed solutions and look forward to continuing these discussions in the coming weeks to ensure that the transition of the scheduling system does not result in significant and avoidable additional challenges to remote access.

***Tour of the MDC.*** Federal Defenders and MDC are coordinating the details for a tour of the MDC in coming months. It has been several years since Federal Defenders last toured the MDC, and the information gained will be valuable in helping Federal Defenders better understand the institution, its current facilities, and finalizing certain portions of the settlement agreement.

***Settlement.*** The parties met in person to engage in substantive settlement discussions at the end of May and are making progress on the remaining issues in settlement discussions. The parties anticipate a second in-person settlement conference with Judge Kuo and the mediation team, hopefully in mid-August.

*  *  *

We thank the Court for its continued attention to these important issues.

Respectfully submitted,

Sean Hecker

cc: Counsel of Record (by ECF)
Hon. Loretta Lynch, Paul, Weiss, Rifkind, Wharton & Garrison LLP (by e-mail)
Roberto Finzi, Paul, Weiss, Rifkind, Wharton & Garrison LLP (by e-mail)
Sarah Shin, Paul, Weiss, Rifkind, Wharton & Garrison LLP (by e-mail)